

www.scura.com
Tel: 973-696-8391
Fax: 973-696-8571

▲■ John J. Scura III, Esq.          Jamal Romero, Esq.              Diana M. Woody, Esq.
    David C. Wigfield, Esq.          Timothy J. Bartzos, Esq.        Varun Lakshminarayanan, Esq.
*● Christopher Heyer, Esq.           Paul S. Evangelista, Esq.       Of Counsel
*♦● David L. Stevens, Esq.           Aiden Murphy, Esq.              ♦ Joseph A. Hallock, Esq.
   ● Pietro Cammarota, Esq.          Erich H. Kamm, Esq.             Randal C. Chiocca, P.J. Ch. (Ret.)
   ● Guillermo J. Gonzalez, Esq.    ● Eric R. Flaim, Esq.            Thomas F. Brogan, P.J. Cv. (Ret.)
     Frank M. Coscia, Esq.

■ Certified by the Supreme Court of New Jersey    ● Also admitted in New York    ▲ Also admitted in Pennsylvania    ♦ Also admitted in Florida
   as a Civil Trial Attorney
* Admitted to Bar of the United States Supreme Court

June 18, 2025

Via ECF
Honorable Stacy L Meisel
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

Reference: In re Supor v. Comprelli, Adv. Proc. 24-01634

Dear Judge Meisel:

I represent defendants, Joseph Comprelli and M & J Comprelli, LLC (together, the "Defendants") in connection with the referenced adversary proceeding. Plaintiff's Counsel, William Waldman, and I jointly request an extension of discovery and adjournment of trial.

The necessity of the extension is a result of a delay in mediation due to health challenges suffered by Mr. Comprelli. The parties attended mediation on May 22, 2025, but mediation was delayed several weeks while Mr. Comprelli recovered sufficiently to participate in the mediation. Pursuant to District of New Jersey local rules, discovery was stayed pending mediation. The parties continue to discuss settlement and commenced the exchange discovery.

The parties will jointly submit an Amended Pre-Trial Scheduling Order extending the discovery end date to September 30, 2025 and an adjournment of trial for approximately 45 days beyond the discovery end date.

Respectfully,

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP

By: __/s/ David Stevens_____
        David Stevens, Esq.

**Wayne**                  **Secaucus**               **Hackensack**             **Newark***
1599 Hamburg Tpke          1 Harmon Meadow Blvd       3 University Plaza         One Gateway Center
Wayne, NJ 07470            Suite 201                  Suite 207                  Suite 2600
*Mailing Address*          Secaucus, NJ 07094         Hackensack, NJ 07601       Newark, NJ 07102

*Meeting location - by appointment only.